UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE: | CASE NO: 07-34190
THOMAS E. HOCHADEL | (Chapter 13)

Debtor | JUDGE GUY R. HUMPHREY

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4015246**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 1/ 1,006 | AMERICAN HOME MORTGAGE<br>BOX 631730<br>IRVING, TX  75063 | 71.85 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 5/27/2010

|  | Certificate of Service | 07-34190 |

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| THOMAS E. HOCHADEL | DONALD F HARKER III | (1006.1) |
| 1207 HIGHLAND AVE. | SUITE 2103 FIRST NATL PLAZA | AMERICAN HOME MORTGAGE |
| DAYTON, OH  45410 | 130 W SECOND ST | BOX 631730 |
|  | DAYTON, OH  45402 | IRVING, TX  75063 |

| (1008.1n) | (1007.1n) | (1006.4) |
| AMERICAN HOME MORTGAGE | OPTION ONE MORTGAGE | STEPHEN R FRANKS |
| SERVICING INC | CORPORATION | BOX 968 |
| 1525 S BELTLINE ROAD | BANKRUPTCY DEPARTMENT | 2450 EDISON BOULEVARD |
| COPPELL, TX  75019 | 3 ADA DRIVE | TWINSBURG, OH  44087 |
|  | IRVINE, CA  92618 |  |

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner                    sv